OBSERVACIONES
REMARKS

PASAPORTE          REPÚBLICA DE CUBA

| TIPO / TYPE | CODIGO DEL PAIS / COUNTRY CODE | N° DE PASAPORTE / PASSPORT N° |
|---|---|---|
| P | CUB | M191035 |

APELLIDOS / SURNAMES
CABREJA PEÑA

NOMBRES / GIVEN NAMES
YURY ARMANDO

NACIONALIDAD / NATIONALITY
CUBANA

N° DE IDENTIDAD / ID N°
88052324561

FECHA DE NACIMIENTO / DATE OF BIRTH
23/MAYO/MAY/1988

FECHA DE EMISIÓN / DATE OF ISSUE
13/JUL/JUL/2022

LUGAR DE NACIMIENTO / PLACE OF BIRTH
LAS TUNAS  CUB

FECHA DE VENCIMIENTO / DATE OF EXPIRY
13/JUL/JUL/2028

SEXO / SEX
M

LUGAR DE EXPEDICIÓN / PLACE OF ISSUE
LA HABANA

FIRMA DEL TITULAR / HOLDER'S SIGNATURE

P<CUBCABREJA<PENA<<YURY<ARMANDO<<<<<<<<<<<<<<
M191035<<1CUB8805234M2807133880523245 61<<<04

U.S. Citizenship and Immigration Services

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | May 14, 2025 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A249268575 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0931860077 | May 12, 2025 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | Cuban Adjustment Act | May 23, 1988 |

YURY A. CABREJA PENA
6326 DOE CIR W
LAKELAND, FL 33809

25    00007764

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,440.00 |
| Total Amount Received: | $1,440.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283

